(101 So. 922)

Roy BAILEY v. STATE. (8 Div. 192.) (Court of Appeals of Alabama. June 24, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. Reckless driving of motor vehicle.

FOSTER, J. The appeal is on the record, without bill of exceptions. We find no error in the record. The judgment of the lower court is affirmed.

(103 So. 921)

Joe BAILEY v. STATE. (8 Div. 239.) (Court of Appeals of Alabama. Feb. 17, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge.

BRICKEN, P. J. The indictment upon which this defendant was tried and convicted charged him with grand larceny; the specific offense being that he feloniously took and carried away a suit case, which, with the contents, was of the value of $40, the personal property of Mrs. Nellie Angel. There was a general verdict of guilty, and the defendant was duly sentenced to an indeterminate term of imprisonment in the penitentiary for not less than three years nor more than four years. From the judgment he appealed. The appeal is upon the record proper, there being no bill of exceptions. The trial judge certifies to this court that the time for presenting a bill of exceptions has expired, and that no bill of exceptions has been presented to him. An examination of the record discloses it to be regular in all respects. No error being apparent thereon, the judgment of conviction appealed from is affirmed. Affirmed.

(103 So. 921)

Bill BAKER v. STATE. (4 Div. 981.) (Court of Appeals of Alabama. April 14, 1925.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Assault and battery.

BRICKEN, P. J. Appeal dismissed.

(104 So. 918)

Dan BAKER v. STATE. (6 Div. 775.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Walker County; R. L. Blanton, Judge. Dan Baker was convicted of grand larceny, and he appeals. Affirmed. Charge C, refused to defendant, is as follows: "I charge you, gentlemen of the jury, that the facts in this case show that Faron Phillips is known as an alleged accomplice of the defendant Dan Baker, and unless you believe beyond all reasonable doubt that the testimony, aside from that of the evidence of Faron Phillips, is · sufficiently corroborative to con-

vince you of the guilt of defendant, then you must acquit him."

Chas. R. Wiggins, of Jasper, for appellant.

Brief of counsel did not reach the Reporter.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

All that is necessary as to corroborating testimony is that it tend to connect defendant with the commission of the crime. Charge C is not correct. Crittenden v. State, 134 Ala. 145, 32 So. 273; 1 Mayfield's Dig. 8.

RICE, J. The defendant was convicted of the offense of grand larceny, and appeals. The evidence for the state tended to show that the defendant and three others feloniously took and carried away two bales of lint cotton, of the value of about $200, the personal property of one Dill. It is sufficient to say, without further comment, that we have carefully examined the evidence, and are of the opinion that there was ample corroboration of the witness Phillips, a confessed accomplice, to render the submission of the issue of the guilt vel non of the defendant to the jury, altogether proper. There was therefore no error in refusing to give the general affirmative charges in defendant's favor. Crittenden v. State, 134 Ala. 145, 32 So. 273. The bill of exceptions shows a number of exceptions reserved on the trial to the rulings of the court on the introduction of the evidence. It can serve no good purpose to review these exceptions in detail. We have carefully considered them all, and fail to find any merit in any of them. Defendant's refused charge C did not assert a correct proposition of law, and was properly refused. Crittenden v. State, supra. We find no prejudicial error in the record, and the judgment is affirmed. Affirmed.

(103 So. 921)

Jerry BALDWIN, alias, etc., v. STATE. (7 Div. 122.) (Court of Appeals of Alabama. March 25, 1925.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Burglary.

BRICKEN, P. J. Appeal dismissed, on motion of appellant.

(103 So. 921)

Alex BANKHEAD v. STATE. (8 Div. 261.) (Court of Appeals of Alabama. March 17, 1925.) Appeal from Law and Equity Court, Franklin County; B. H. Sargent, Judge. Williams & Chenault, of Russelville, for appellant. Harwell G. Davis, Atty. Gen., for the State. Public drunkenness.

SAMFORD, J. The issue was tried by the court sitting without a jury. All the parties were before him. There was sufficient evidence upon which to base a judgment. We see no good reason for disturbing his judgment. Let the judgment be affirmed. Affirmed.

(102 So. 919)

Jim BARKER v. STATE. (6 Div. 463.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; Fred H. Woodard, Special Judge. Assault with intent to murder.

FOSTER, J. There is no bill of exceptions. We find no error in the record. Affirmed.